UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ILYA AVERKIEV,

        Plaintiff,

v.                                          Case No: 6:25-cv-2359-JSS-LHP

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES (USCIS),
ATTORNEY GENERAL OF THE
UNITED STATES, DIRECTOR OF
USCIS, SECRETARY OF THE
DEPARTMENT OF HOMELAND
SECURITY and US ATTORNEY FOR
THE MIDDLE DISTRICT OF
FLORIDA,

        Defendants

## ORDER

Before the Court is a Motion for Pro Se Litigant to Receive Notices of Electronic Filing. Doc. No. 3. "[T]he Court in its discretion may grant *a pro se* party permission to receive electronic notifications." *Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023); *see also Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *1 (M.D. Fla. Jan. 29, 2025) (allowing service of court documents

on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same). Accordingly, the motion (Doc. No. 3) is **GRANTED**, and the Clerk of Court is directed to add Plaintiff's email address, averkiev@me.com, to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings.[1] Plaintiff will no longer receive copies of Court documents by U.S. mail.

    **DONE** and **ORDERED** in Orlando, Florida on December 17, 2025.

*Leslie Hoffman Price*
_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Plaintiff does not request access to filing documents via CM/ECF, nor does this Order permit it.